UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKHAEL-AMIRUL EL,

    Plaintiff,

v                                              Case No. 24-cv-12938
                                              HON. MARK A. GOLDSMITH

RYAN KALIS et al.,

    Defendants.
_____/

## ORDER DISMISSING THE CASE

Plaintiff Mikhael-Amirul El filed an initial complaint (Dkt. 1) and an application to proceed in forma pauperis (Dkt. 2). Because El proceeded in forma pauperis, the Court screened his complaint to "see if it fails to state a claim or is frivolous." Barnes v. United States Postal Serv., No. 23-cv-11686, 2023 WL 4765571, at *1 (E.D. Mich. July 26, 2023) (citing 28 U.S.C. § 1915(e)(2)(B)). The Court could not discern any basis for jurisdiction from the complaint, so it directed El to file an amended complaint within 14 days. See 12/6/24 Order (Dkt. 6).

El filed an amended complaint (Dkt. 7) and accompanying documentation (Dkt. 8). The Court has reviewed El's new filings. Because El's complaint still does not allege clear facts regarding any alleged injury, the Court is "unable to discern a viable federal claim on the face of the complaint." See Barnes, 2023 WL 4765571, at *1 (summarily dismissing complaint filed in forma pauperis).

The Court dismisses El's action under 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

Dated: February 5, 2025                            s/Mark A. Goldsmith
      Detroit, Michigan                        MARK A. GOLDSMITH
                                               United States District Judge