UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKHAEL-AMIRUL EL,

    Plaintiff,

v.                                                  Case No. 24-cv-12938
                                                  HON. MARK A. GOLDSMITH

RYAN KALIS et al.,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL (Dkt. 11)

Plaintiff Mikhael-Amirul El filed an application to proceed in forma pauperis on appeal (Dkt. 11). Having reviewed El's application, the Court finds El to be indigent and grants his application to proceed in forma pauperis.

SO ORDERED.

Dated: April 23, 2025                                    s/Mark A. Goldsmith
   Detroit, Michigan                           MARK A. GOLDSMITH
                                                  United States District Judge